# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:                      In Bankruptcy:

STEPHAN B. POAG                Case No. 09-63220-SWR
ANNETTE M. GILSON           Chapter 7
                                                       Hon. STEVEN W. RHODES
                     Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

       The attached check in the amount of $2.22 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| American Express Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 5 | $2.22 |

                                                                         **Total: $2.22**

                                                    Respectfully Submitted,

                                                    /s/ Gene R. Kohut
                                                    21 Kercheval Avenue, Suite 285
                                                    Grosse Pointe Farms, MI 48236
                                                    Phone: (313) 886-9765
                                                    E-mail: ecftrustee@gktrustee.com
Dated: 10/26/2010                              [P47413]